■ DONALD SCHULTZ et al., Plaintiffs, v EXCELSIOR ORTHOPAEDICS, LLP, et al., Respondents, and MICHAEL A. PARENTIS et al., Appellants, et al., Defendants. (Appeal No. 3.) [10 NYS3d 476]—Appeal from a judgment of the Supreme Court, Erie County (John M. Curran, J.), entered June 18, 2014. The judgment dismissed the complaint against defendants Excelsior Orthopaedics, LLP, and Andrew C. Stoeckl, M.D.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Dublin v Prime*, 168 AD2d 597 [1990]). Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.